**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

CHRISTOPHER BOFFOLI, *an individual*,

                Plaintiff,

-against-

MARC CHANDLER, *an individual*,

                Defendant.

------------------------------------- x

ORDER

19 Civ. 7932 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 2 2019

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       December 2, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge